UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | |
|---|---|
| THOMAS ANTHONY RAKER, § | |
| § | |
| Plaintiff, § | |
| VS. § | MISCELLANEOUS ACTION NO. C-08-22 |
| § | |
| CITY OF CORPUS CHRISTI POLICE § | |
| DEPARTMENT, § | |
| § | |
| Defendant. § | |

## ORDER ADOPTING MEMORANDUM AND RECOMMENDATION TO DISMISS

On May 6, 2008, United States Magistrate Judge Brian L. Owsley signed a Memorandum and Recommendation recommending that the Court dismiss plaintiff's civil rights action for failure to prosecute. A copy of the Memorandum and Recommendation was mailed to plaintiff with a card to be returned indicating his receipt of the mailing. The card has not been returned by plaintiff nor has the mailing been returned by the U.S. Post Office as undeliverable. Therefore, seeing no objection to this recommendation by either party and having now reviewed the recommendation, this Court hereby adopts as its own the Memorandum and Recommendation as the decision of the Court. Accordingly, it is

ORDERED that plaintiff's civil rights action is dismissed for failure to prosecute.

The clerk shall enter this order and provide a copy to all parties.

SIGNED and ORDERED this 7th day of August, 2008.

_____
Janis Graham Jack
United States District Judge